LEVITT & KAIZER
ATTORNEYS AT LAW

RICHARD WARE LEVITT*
 rlevitt@landklaw.com
NICHOLAS G. KAIZER*
 nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038-5077
www.LevittandKaizer.com

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4444

March 27, 2024

Via email: presentments@nysd.uscourts.gov
            CottNYSDChambers@nysd.uscourts.gov

Hon. James L. Cott
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *U.S. v. Daniel Sikkema,* 24 MAG 11146

Dear Judge Cott:

    We represent Daniel Sikkema, who, on March 21, 2024, was released on home detention and location monitoring upon a one-million-dollar PRB to be secured, by today, by a specific property in Queens and four 4 FRPs. Since Mr. Sikkema's release, we have identified potential sureties, gathered their financial and other information, and presented that information to the government. We have also identified a substitute property located in Manhattan to secure Mr. Sikkema's bond, as the home we initially intended to post is unavailable.

    Based on the foregoing, we write, with the government's consent, to request a one-week extension to present and, if approved, post a modified secured PRB.

    We therefore respectfully request a one-week extension, until April 3, 2024, to post Mr. Sikkema's bond.

    Thank you for considering this request.

                                    Respectfully submitted,

                                    Richard Levitt

cc:    AUSA Meredith Foster (Meredith.Foster@usdoj.gov)

        Application granted.  **SO ORDERED.**

        Dated: March 27, 2024
                New, York, New York

JAMES L. COTT
United States Magistrate Judge