**LEVITT & KAIZER**
ATTORNEYS AT LAW

| | | |
|---|---|---|
| RICHARD WARE LEVITT* <br> rlevitt@landklaw.com <br> NICHOLAS G. KAIZER* <br> nkaizer@landklaw.com <br> ZACHARY SEGAL <br> zsegal@landklaw.com | 40 FULTON STREET <br> 17TH FLOOR <br> NEW YORK, NEW YORK 10038-5077 <br> www.LevittandKaizer.com | TELEPHONE <br> (212) 480-4000 <br><br> FACSIMILE <br> (212) 480-4444 |

May 10, 2024

Hon. Edgardo Ramos  
United States District Judge  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Centre Street  
New York, New York 10007

**MEMO ENDORSED**, pg. 2.

Re:   *U.S. v. Daniel Sikkema,* 24-cr-227 (ER)

Dear Judge Ramos:

With the consent of Pretrial Services Officer Jonathan Lettieri and AUSA Meredith Foster, I respectfully request that the conditions of Mr. Sikkema's pretrial release be modified to permit him to exercise in his housing complex's gym pursuant to a schedule to be worked out with Officer Lettieri.

Mr. Sikkema's conditions of bail provide:

(ii) Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; <u>or other activities approved in advance by the pretrial services office or supervising officer</u>. (emphasis added)

Mr. Sikkema's doctor at NYU Langone has expressed concern that Mr. Sikkema has been gaining weight and recommends exercise:

Diet/Exercise - Overweight/Normal BMI. Patient has good dietary decision making. DASH/Mediterranean diet discussed. Patient has poor exercise habits and has gained weight recently, used to be more physically fit. Should do cardio workouts, preferably outside if possible as he once had in the past.

In order to facilitate Mr. Sikkema's doctor's recommendation I corresponded with Mr. Lettieri, who advised he does not object to the requested amendment of conditions, and I thereafter corresponded with AUSA Foster who agreed, after clarifying that Mr. Sikkema would use the gymnasium in his apartment complex. Given the underscored terms of release excerpted above, providing that Mr. Sikkema could engage in "<u>other activities approved in advance by the pretrial services office or supervising officer</u>," I respectfully request that Mr. Sikkema's conditions of bail be modified to permit him to exercise in his

LEVITT & KAIZER

Hon Edgardo Ramos<br>
May 10, 2024<br>
Page 2 of 2

building complex's gym pursuant to a schedule to be worked out between Officer Lettieri and Mr. Sikkema.

Thank you for considering this request.

Respectfully submitted,

Richard Levitt

cc:  AUSA Meredith Foster (Meredith.Foster@usdoj.gov)
     Jonathan Lettieri (Jonathan_Lettieri@nyspt.uscourts.gov)

---

Mr. Sikkema's conditions of bail are modified to permit him to exercise in his building complex's gym pursuant to a schedule to be worked out between Officer Lettieri and Mr. Sikkema.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  5/10/2024
New York, New York