LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038-5077
www.LevittandKaizer.com

RICHARD WARE LEVITT*
rlevitt@landklaw.com
NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

October 11, 2024

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *U.S. v. Daniel Sikkema,* 24-cr-227 (ER)

Dear Judge Ramos:

We represent Daniel Sikkema in the above-styled case and respectfully ask the Court to permit Mr. Sikkema, who is at liberty on a $1,000,000 secured bond, to attend a school function with his 13-year-old son on October 20, 2024. The function is described in the attached form and requires the presence of a guardian. Mr. Sikkema's Pretrial Services Officer Jonathan Lettieri does not object to this request and the government has informed undersigned counsel it defers to Pretrial Services.

Thank you for considering this request.

Respectfully submitted,

Richard Levitt

cc:   AUSA Meredith Foster (Meredith.Foster@usdoj.gov)
      PTSO Jonathan Lettieri (jonathan_lettieri@nyspt.uscourts.gov)

---

The application for permission to attend a school function with his son is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 10/15/2024
New York, New York