UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        v.<br><br>DANIEL SIKKEMA,<br><br>                Defendant. | **UNSEALING ORDER**<br><br>S1 24 Cr. 227 (ER) |

    Upon application of the United States of America, by and through Assistant United States Attorneys Meredith C. Foster and Remy Grosbard, it is hereby ORDERED that Superseding Indictment S1 24 Cr. 227 (ER) in the above-captioned case, which was filed under seal on February 10, 2025, be and hereby is unsealed.

Dated:   New York, New York
           February 11, 2025

                                                  _____
                                                  HONORABLE STEWART D. AARON
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  SOUTHERN DISTRICT OF NEW YORK