LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17TH FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER*
nkaizer@landklaw.com

ZACH SEGAL
zsegal@landklaw.com

* ADMITTED IN N Y  FLA  AND D C

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

**MEMO ENDORSED**

March 2, 2025

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    U.S. v. Daniel Sikkema,
                         24-cr-227 (ER)

Dear Judge Ramos:

      We represent Daniel Sikkema and write to request an adjournment of the April 30, 2025 status conference until **May 1, 2025, at 11:30** due to a scheduling conflict. We have corresponded with the government and Chambers, and all are available that date and time. Mr. Sikkema waives his right to a speedy trial for this adjournment to allow counsel to obtain and review discovery and engage in discussions with the government.

                                              Respectfully,

                                              Nicholas G. Kaizer
                                              Levitt & Kaizer
                                              *Attorneys for Daniel Sikkema*

The application is  X  granted
                          ___  denied

Edgardo Ramos, U.S.D.J
Dated: March 3, 2025
New York, New York