UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

– against –

DANIEL SIKKEMA,

                Defendant.

**ORDER**

24-cr-0227 (ER)

RAMOS, D.J.:

      Upon the recommendation of Jennifer L. Brown, Attorney-in-Charge of the Federal Defenders of New York, the Court hereby appoints **Florian Miedel** to serve as learned counsel on behalf of Daniel Sikkema.

      It is SO ORDERED.

Dated:   March 25, 2025
            New York, New York

                                          EDGARDO RAMOS, U.S.D.J.