

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

26 Federal Plaza, 37th Floor
New York, New York 10278

August 7, 2025

> The status conference scheduled for August 13, 2025, is adjourned to September 18, 2025, at 11 a.m. Speedy trial time is excluded from August 13, 2025, until September 18, 2025, in the interest of justice.
> SO ORDERED
>
> Edgardo Ramos, U.S.D.J.
> Dated: 8/8/2025
> New York, New York

**Via ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *United States v. Sikkema*, 24 Cr. 227 (ER)

Dear Judge Ramos:

The Government writes to request an adjournment of the August 13, 2025 status conference in this case. At the last conference on July 1, 2025, the Government informed the Court that the Department of Justice is determining whether it will seek the death penalty in this case. That decision has not yet been made. Because this determination will inform the trial schedule and may impact what motions defense counsel will make, the Government proposes adjourning the conference by 30-days to provide more time for this decision to be made. Defense counsel has informed the Government that it has no objection to this request.

If the Court grants the request for an adjournment, the Government moves, without objection from the defense, for time to be excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), from August 13, 2025 to the newly scheduled date of the conference. The Government submits that the ends of justice served by the exclusion of time would outweigh the best interest of the public and the defendant in a speedy trial, because the exclusion of time will allow the Government to continue producing discovery, the defense to continue reviewing discovery, and the parties and Court to understand the scope of any trial prior to the setting of a schedule.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:   /s
Remy Grosbard / Meredith Foster
Assistant United States Attorneys
(212) 637-2446 / 2310

cc:   Counsel of record (by ECF)