UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
UNITED STATES OF AMERICA,

            -against-

DANIEL SIKKEMA,

        *Defendant.*
--------------------------------------------------------X

Ind. S1 24-cr-227(ER)

**<u>NOTICE OF MOTION</u>**

PLEASE TAKE NOTICE, that upon the accompanying Declaration of Richard W. Levitt and Memorandum of Law, both dated December 22, 2025, and all proceedings heretofore had herein, DANIEL SIKKEMA, by his attorneys, Richard W. Levitt, Esq. and Florian Meidel, Esq. will move before the Hon. Edgardo Ramos, United States District Judge for the Southern District of New York, at a date and time set by the Court, for an Order,

1. Dismissing Count Four of the Superseding Indictment since it fails to allege a violation of 18 U.S.C. § 1542;
2. Granting the issuance of Letters Rogatory to secure material evidence from Brazil;
3. Setting a timeline for additional government disclosures, and

for such other and further relief as the Court deems necessary.

Dated: New York, New York
       December 22, 2025

                                                 Respectfully submitted,

                                                         /s/
                                                  _____
                                                  Richard W. Levitt
                                                  Levitt & Kaizer
                                                  40 Fulton Street, 17th Floor
                                                  New York, New York 10038
                                                  (212) 480-4000
                                                  rlevitt@landklaw.com

                                                  Florian Miedel
                                                  Miedel & Mysliwiec LLP
                                                  52 Duane Street, 7th Fl.
                                                  New York, New York 10007
                                                  (212) 616-3042
                                                  fm@fmamlaw.com

                                                  *Attorneys for Defendant Daniel Sikkema*