UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------x
UNITED STATES OF AMERICA,

          - against-

DANIEL SIKKEMA,

              Defendant.
-------------------------------------------------x

**ORDER**

24 Cr. 227 (ER)

Ramos, D.J.:

A final pretrial conference will be held on **May 7, 2026, at 3:30 p.m.** in Courtroom 318 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.

SO ORDERED.

Dated:  March 23, 2026
        New York, New York

_____
Edgardo Ramos, U.S.D.J.