UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------- X

UNITED STATES OF AMERICA                          ORDER

                                                  S1 24 Cr. 227 (ER)

             - v. –


DANIEL SIKKEMA,

             **Defendant**
-------------------------------------------------- --X


Upon the application of Florian Miedel and Richard W. Levitt, attorneys for Daniel

Sikkema:


IT IS HEREBY ORDERED that the defendant, Daniel Sikkema, Register No. 05573-

511, will be permitted to receive non-prison clothing by the Federal Bureau of Prisons at MDC

Brooklyn, located at 80 29th Street, Brooklyn, New York 11232, for his trial scheduled to begin

on May 11, 2026. He is permitted to have up to two pairs of pants, three shirts, one suit jacket,

one belt, four pairs of socks, and a pair of shoes to wear to Court.


Dated:        New York, New York
              April _28_, 2026


                                    SO ORDERED:


                                    _____
                                    Edgardo Ramos, U.S.D.J.