UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA,

          - against -                   **ORDER**

DANIEL SIKKEMA,                  24-cr-227 (ER)

          Defendant.
-------------------------------------------------------x

       The final pretrial conference presently scheduled for May 7, 2026, at 3:30 p.m. is hereby

**rescheduled for May 7, 2026, at 2:30 p.m.** in Courtroom 318 at the Thurgood Marshall United

States Courthouse, 40 Foley Square, New York, New York 10007.

       SO ORDERED.

Dated:  New York, New York
        May 1, 2026

                                Edgardo Ramos, U.S.D.J.