LEVITT & KAIZER
ATTORNEYS AT LAW
40 FULTON STREET
17th FLOOR
NEW YORK, NEW YORK 10038-1850

RICHARD WARE LEVITT*
rlevitt@landklaw.com

NICHOLAS G. KAIZER**
nkaizer@landklaw.com

ZACHARY SEGAL
zsegal@landklaw.com

\* ADMITTED IN NY, FLA, AND D.C.
\*\* ADMITTED IN NY AND FLA.

TELEPHONE
(212) 480-4000

FACSIMILE
(212) 480-4040

May 20, 2026

Hon. Edgardo Ramos
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

Re:    *U.S. v. Daniel Sikkema,*
          24-cr-227(S-1) (ER)

Dear Judge Ramos:

Yesterday the Court denied our motion to admit a brief portion of Alejandro Prevez' video interview with the government, during which he falsely stated he never saw Brent Sikkema. At that time we asked the Court to at least let us introduce his statement to that effect, even if not in video form. The government said it would consider this suggestion. Today the government informed us that it would not consent to this alternative.

In light of the government's position and for all the reasons we previously discussed, we ask that the Court nonetheless permit the statement to be introduced in some form, so the jury is aware of it.

Respectfully submitted,

Richard Levitt
Florian Meidel