**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

# MEMO ENDORSED

July 14, 2026

Sentencing will be held on November 4, 2026, at 2:30 p.m. PSI ordered.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 7/15/2026
New York, New York

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *United States v. Sikkema*, S1 24 Cr. 227 (ER)**

Dear Judge Ramos:

The Government respectfully writes to request a sentencing date in the above case. On May 22, 2026, after an approximately two-week trial, the jury convicted the defendant of murder-for-hire conspiracy resulting in death, murder-for-hire resulting in death, and conspiracy to murder and maim a person in a foreign country. After the defendant's convictions, the Court ordered that any post-trial motions be filed by June 22, 2026 and stated that a sentencing date would be scheduled thereafter. (Trial Tr. 1325).

No post-trial motions have been filed. Accordingly, the Government writes to request that the Court set a sentencing date for the defendant. The Government has conferred with defense counsel, and the parties respectfully request that sentencing take place either the first or second week of November, if amenable to the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s
Meredith Foster / Remy Grosbard /
Alexander Li / Nicholas Pavlis
Assistant United States Attorneys
(212) 637-2310/-2446/-2265/-1068

cc: Counsel of record (by ECF)